## Case No. 7,262.

JENKINS v. BOYLE.

[2 Cranch, C. C. 120.] [1]

Circuit Court, District of Columbia. June
Term, 1816.

[1] [Reported by Hon. Robert W. Hughes, Dis-
trict Judge, and here reprinted by permission.]

[1] [Reported by Hon. William Cranch, Chief
Judge.]

THE COURT (THRUSTON, Circuit Judge. absent) directed the jury that it was not a sufficient promise to take the case out of the statute of limitations, under the decision of the supreme court of the United States, in the case of Clementson v. Williams, 8 Cranch [12 U. S.] 72.